UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Kristopher Collins,

    Petitioner,

    v.

Warden Belmont Correctional Institution,

    Respondent.

Case No. 2:24-cv-4270

Judge Michael H. Watson

Magistrate Judge Merz

### ORDER

The Magistrate Judge issued a Report and Recommendation ("R&R") recommending the Court dismiss Petitioner's petition for a writ of habeas corpus because each of the grounds for relief is procedurally defaulted or patently meritless. R&R, ECF No. 14. The R&R notified Petitioner of his right to object to that recommendation of the consequences of failing to do so. *Id.* at 9.

The deadline for objecting has passed, and Petitioner did not object. Therefore, the Court **ADOPTS** the R&R and **DISMISSES WITH PREJUDICE** Petitioner's petition for a writ of habeas corpus. Petitioner is **DENIED** a certificate of appealability, and the Court hereby certifies to the United States Court of Appeals that an appeal would be objectively frivolous and, therefore, Petitioner should not be permitted to proceed *in forma pauperis*. The Clerk shall enter judgment for Respondent and close the case.

IT IS SO ORDERED.

*[signature]*
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT